UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA M. FREEDMAN AND STANLEY SPERBER,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL F. RAKOSI, SUSAN RAKOSI ROSENBLOOM, AS ATTORNEY-IN-FACT FOR STANLEY ROSENBLOOM, and WEBER REALTY MANAGEMENT LLC.,<br><br>Defendants. | Civ. Action No. 1:23-cv-00472<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that Kevin Fritz of Meister Seelig & Fein PLLC, with offices located at 125 Park Avenue, 7th Floor, New York, New York 10017, hereby appears on behalf of defendant **MICHAEL F. RAKOSI.** All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. I certify that I am admitted to practice in this Court.

Dated: New York, NY
    February 24, 2023

**MEISTER SEELIG & FEIN PLLC**

By: */s/ Kevin Fritz*
    Kevin Fritz, Esq.

125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: kaf@msf-law.com

*Attorneys for Defendant,
Michael F. Rakosi*

8342\2\8892195.v1