```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
LINDA M. FREEDMAN AND STANLEY
SPERBER,

                     Plaintiffs,

-against-

MICHAEL F. RAKOSI, SUSAN RAKOSI
ROSENBLOOM, AS ATTORNEY-IN-FACT FOR
STANLEY ROSENBLOOM, and WEBER
REALTY MANAGEMENT LLC,

                     Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/10/2023_

23 Civ. 472 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed the parties' letters dated March 8 and 10, 2023.  ECF Nos. 23, 25. Accordingly:

1. Plaintiffs' request to file a motion to disqualify is GRANTED;
2. By **April 14, 2023**, Plaintiffs shall file their motion;
3. By **May 5, 2023**, Defendant Michael F. Rakosi shall file his opposition;
4. By **May 19, 2023**, Plaintiffs shall file their reply, if any.

SO ORDERED.

Dated: March 10, 2023
       New York, New York

                                                       ANALISA TORRES
                                           United States District Judge