```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Linda M. Freedman, et al.,

                Plaintiffs,

-against-

Michael F. Rakosi, et al.,

                Defendants.

1:23-cv-00472 (AT) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    The Court is in receipt of Plaintiffs' Letter Motion for an extension of time (ECF No. 72), in which Plaintiffs note that new counsel has not yet appeared for Defendant Michael F. Rakosi in this action. The Court will give Mr. Rakosi until June 20, 2023 to have new counsel enter an appearance in this action. Mr. Rakosi is reminded that, even if he does not secure new counsel, he may appear *pro se*, but is required to comply with all Court Orders and deadlines. Failure to do so may result in the imposition of sanctions, up to and including entry of a default judgment against him.

    No later than June 23, 2023, Mr. Rakosi or his new counsel shall file any objections to the proposed schedule set forth in ECF No. 72.

    Plaintiffs' counsel promptly, but no later than June 14, 2023, shall email a copy of this Order to Rakosi, send a copy of the Order by first-class mail to the address for Mr. Rakosi that is included in ECF No. 6, and file proof of service on the ECF docket.

**SO ORDERED.**

Dated:    New York, New York
             June 13, 2023

                                        */s/ Stewart D. Aaron*
                                        STEWART D. AARON
                                        United States Magistrate Judge