```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/19/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA M. FREEDMAN AND STANLEY SPERBER,

                Plaintiffs,

-against-

MICHAEL F. RAKOSI, SUSAN RAKOSI ROSENBLOOM, AS ATTORNEY-IN-FACT FOR STANLEY ROSENBLOOM, and WEBER REALTY MANAGEMENT LLC,

                Defendants.

23 Civ. 472 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 17, 2023, Plaintiffs filed a motion for a preliminary injunction and temporary restraining order. ECF No. 81. The Court has reviewed the parties' letters dated July 18, 2023. ECF Nos. 88–90. Accordingly:

1. By **August 23, 2023**, Defendants shall file their opposition papers; and
2. By **September 13, 2023**, Plaintiffs shall file their replies, if any.

SO ORDERED.

Dated: July 19, 2023
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge