

Beth L. Kaufman
646-723-1039 main
bkaufman@schoeman.com

August 22, 2023

**Via ECF**

Hon. Stewart D. Aaron
United States Magistrate Judge
United States District Court
 for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/23/2023
```

ENDORSEMENT: The parties' request for a 30-day stay is GRANTED. On September 22, 2023 (or on such earlier date as the case is fully resolved), the parties shall file a letter regarding the status of settlement. SO ORDERED.
Dated: August 23, 2023

*/s/ Stewart D. Aaron*

Re:  *Linda M. Freedman, et al. v. Michael F. Rakosi, et al.*
     **Civil Action No. 1:23-cv-00472(AT) (SDA)**

Dear Magistrate Judge Aaron:

    We are counsel to plaintiffs in the referenced matter. We write jointly with Cullen and Dykman LLP, the attorneys for defendant Susan Rakosi Rosenbloom, as attorney-in-fact for her father Stanley Rosenbloom ("Rosenbloom"), to advise the Court that, at the mediation conducted on August 16, 2023 under the SDNY Mediation Program, plaintiffs and Rosenbloom reached a settlement in principal.

    In addition, we are exploring settlement with the remaining defendants Michael F. Rakosi and Weber Realty Management LLC and write jointly with their attorneys, as well as with Rosenbloom's attorney to request a stay of the action for 30 days to both conclude the Rosenbloom settlement and to determine if a settlement with the remaining defendants is possible.

    Thank you for your consideration of these requests. We are available to confer with the Court either in-person, by phone or over Teams, if the Court would like to do so.

Respectfully yours,

*Beth L. Kaufman*
Beth L. Kaufman

cc:  All counsel of record (*via ECF*)